■ RANDALL D. DAILEY, SR., et al., Respondents-Appellants, v PATRICIA KEITH et al., Appellants-Respondents. (Appeal No. 2.) [761 NYS2d 561] —Appeal and cross appeal from a judgment of Supreme Court, Steuben County (Furfure, J.), entered January 29, 2002, which awarded plaintiff Randall D. Dailey, Sr., money damages upon a jury verdict.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Dailey v Keith* (306 AD2d 815 [2003]). Present—Pigott, Jr., P.J., Green, Wisner, Burns and Lawton, JJ.